**Felipe GONZALEZ–RUIZ; Teresa Vasquez–Gomez; Teresa Gonzalez–Vasquez; Carlos Gonzalez–Vasquez, Petitioners,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 97–70444.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

MEMORANDUM[2]

Petitioners, natives and citizens of Mexico, petition for review of the decision of the Board of Immigration Appeals (BIA) denying petitioners' applications for suspension of deportation pursuant to the now repealed section 244(a)(1) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1254(a)(1).

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Petitioners contend that the BIA's denial of their applications for relief from deportation was an abuse of discretion. The transitional rules of the Illegal Immigration Reform and Immigrant Responsibility Act ("IIRIRA") apply. *See Kalaw v. INS,* 133 F.3d 1147, 1150 (9th Cir.1997). This court lacks jurisdiction to review the BIA's discretionary decision denying petitioners' applications for suspension of deportation. *See* IIRIRA § 309(C)(4)(E).

The motion to dismiss filed on February 26, 1999, is denied as moot.

DISMISSED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.